**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7489**

LAWRENCE ADRAIN COXSON,

Plaintiff - Appellant,

v.

JEFFREY SHANK, MCTC; MARVIN METZ, MCTC; UNKNOWN OFFICER; ATTORNEY GENERAL,

Defendants - Appellees,

and

RAKESH MALIK, Dr.; CORRECTIONAL MEDICAL SERVICES, INC.,

Defendants.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Roger W. Titus, District Judge. (8:07-cv-01976-RWT)

Submitted: February 23, 2012      Decided: February 28, 2012

Before MOTZ, DAVIS, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lawrence Adrain Coxson, Appellant Pro Se. Sarah W. Rice, Stephanie Judith Lane Weber, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Adrain Coxson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. On appeal, we confine our review to the issues raised in the Appellant's brief. <u>See</u> 4th Cir. R. 34(b). Because Coxson's informal brief raises no issues challenging the district court's disposition, Coxson has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>